■ In the Matter of MARIE LANCIA, Individually and by Her Mother and Natural Guardian, ANGELA LANCIA, Respondent. COUNTY OF NASSAU, Appellant.—Order of the Supreme Court, Nassau County, dated July 13, 1984, affirmed, with costs, for the reasons stated in the memorandum of Justice Kutner at Special Term. Weinstein, J. P., Rubin, Lawrence and Kunzeman, JJ., concur.